COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Union Pacific Railroad Company

Appellate case number:   01-15-00918-CV

Trial court case number:  2014-23177

Trial court:                    129th District Court of Harris County

The Court stays the trial court's October 27, 2015 order until further orders of this Court.  See Tex. R. App. P. 52.10(b).


Judge's signature:  /s/ Sherry Radack


Date:  October 28, 2015